UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES CHAVEZ,  )
        )
    Petitioner,  )    3: 10-CV-0268 -00268-ECR-VPC
        )
vs.  )
        )    **ORDER**
ATTORNEY GENERAL OF THE STATE  )
OF NEVADA,  )
        )
    Respondent.  )
_____/

    Petitioner has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, but he has failed to simultaneously submit either a motion for leave to proceed *in forma pauperis* or payment of the $5.00 filing fee.  Petitioner shall be sent a motion for leave to proceed *in forma pauperis* form, should he wish to apply for pauper status, and alternatively given an opportunity to pay the requisite filing fee.

    **IT IS THEREFORE ORDERED** that the Clerk shall send to petitioner a new motion for leave to proceed *in forma pauperis* form and instructions therefor.  Petitioner shall have **thirty (30) days** from the date of entry of this order within which to file a motion for leave to proceed *in forma pauperis*.  Alternatively, petitioner shall have **thirty (30) days** from the date of entry of this order within which to have prison officials deduct from his prison account and send to the Clerk of Court the full $5.00 filing fee.  Failure to do so may result in the dismissal of this action.

    DATED this 5th day of May, 2010.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE